UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>GABRIEL GALLARDO SR., et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-CV-00283-DAD-JLT<br><br>[PROPOSED] ORDER TO MODIFY SCHEDULE<br><br>(Doc. 23) |

The stipulation (Doc. 23) to extend the deadline by which motions to amend a pleading is **GRANTED**. Any motion to amend or stipulation to amend a pleading **SHALL** be filed by October 19, 2016.

IT IS SO ORDERED.

　　Dated: **September 19, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE