Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Eric S. Trabucco (SBN 295473)
Joseph D. Sutton (SBN 269951)
MALLISON & MARTINEZ
1939 Harrison Street Ste. 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Maureen Keffer (SBN 281095)
Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin St., Suite 103
Oakland, CA 94612
Telephone:  (510) 267-0762
Facsimile:  (510) 267-0763

Michael Meuter (SBN 161554)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Rd.
Salinas, CA
Telephone:  (831) 757-5221
Facsimile:  (831) 757-6212

Sahar Durali (SBN 292793)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
601 High St Suite C
Delano, CA 93215
Telephone: (661) 725-4350
Facsimile:  (661) 725-1062

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, FRANCISCO VIERA, ABEL MIRANDA, PASCUALA SAUCEDO, CRISTINO SANTIAGO, LUCIA TORRES, ANTONIO TORRES, TERESA MIRANDA, IRMA CASTANEDA, EZEQUIEL AGUILAR, MARIA TERESA, CARLOS PEDRO, ARTEMIO SANTIAGO, and MARIA DE JESUS<br>　　　　　Plaintiffs,<br><br>vs.<br><br>GABRIEL GALLARDO SR., an individual, MANUEL GALLARDO, an individual, SILVIA ESTHER GALLARDO, an individual, KERN COUNTY | Case No.: 1:16-CV-00283-DAD-JLT<br><br>**STIPULATION TO MODIFY SCHEDULE**<br><br>[FRCP 16(b)(4)] |

CULTIVATION, INC, a California corporation, AND NAZAR KOONER, an individual.

    Defendants.

This stipulation is submitted by Plaintiffs Lucaria Tenorio, Francisco Viera, Abel Miranda, Pascuala Saucedo, Cristino Santiago, Lucia Torres, Antonio Torres, Teresa Miranda, Irma Castañeda, Ezequiel Aguilar, Maria Teresa, Carlos Pedro, Artemio Santiago, and Maria de Jesus (hereinafter "Plaintiffs"); Defendants and Cross-Claimant Nazar Kooner; and Defendants and Cross-Claimants Gabriel Gallardo, Sr., Manuel Gallardo, Silvia Gallardo and Kern County Cultivation, Inc. (hereinafter "the Gallardos"), through their respective counsel of record (collectively "the Parties").

The Parties stipulate to continue the deadline to amend pleadings to November 18, 2016, and respectfully request the Court's consent to modify the schedule, pursuant to Rule 16 of the Federal Rules of Civil Procedure (FRCP). Presently the deadline to make a motion to amend pleadings is October 19, 2016. The current deadline of October 19, 2016 is a result of the Court's prior consent to modify the schedule from the original deadline of September 19, 2016.

After reviewing documents produced by Defendants, and meeting and conferring to discuss documents requested but not produced, Plaintiffs determined that vital evidence can only be obtained through deposition. Therefore, Plaintiffs must depose Defendants to obtain necessary information to complete an amended complaint.  Despite due diligence and a good faith effort to conduct depositions prior to the October 19, 2016 deadline, Defendants' schedules would not allow for depositions until October 26, 2016.

Despite the diligence of the parties in exchanging documents in discovery and in meeting and conferring, the present schedule cannot

2
STIPULATION TO MODIFY SCHEDULE

reasonably be met by the present deadline of October 19, 2016.  The Parties therefore agree that an additional 30 days is required to permit timely motions to amend and to avoid, to the extent possible, piecemeal amendments to the pleadings.

For the foregoing reasons, the Parties respectfully request that the Court amend the schedule so that the deadline to amend pleadings is November 18, 2016.

The Parties agree that any motion to amend the pleadings will be made by November 18, 2016.

**IT IS SO STIPULATED**

Dated:  October 14, 2016                    MALLISON & MARTINEZ

By */s/ Marco Palau*
Marco A. Palau
*Attorneys for Plaintiffs*

Dated: October 14, 2016                    CALIFORNIA RURAL LEGAL ASSISTANCE

By:  */s/ Cynthia Rice*
Cynthia L. Rice
*Attorneys for Plaintiffs*

Dated: October 14, 2016                    RUMPH LAW

By:  */s/ Randy Rumph*
Randy Rumph
*Attorneys for Nazar Kooner*

Dated: October 14, 2016                    BELDEN BLAINE RAYTIS, LLP

By:  */s /Todd Egland*
T. Todd Egland
*Attorneys for Kern County Cultivation, Inc., Gabriel Gallardo, Silvia Gallardo and Manuel Gallardo*

STIPULATION TO MODIFY SCHEDULE