Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Eric S. Trabucco (SBN 295473)
Joseph D. Sutton (SBN 269951)
MALLISON & MARTINEZ
1939 Harrison Street Ste. 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Maureen Keffer (SBN 281095)
Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin St., Suite 103
Oakland, CA 94612
Telephone:  (510) 267-0762
Facsimile:  (510) 267-0763

Michael Meuter (SBN 161554)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Rd.
Salinas, CA
Telephone:  (831) 757-5221
Facsimile:  (831) 757-6212

Sahar Durali (SBN 292793)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
601 High St Suite C
Delano, CA 93215
Telephone:  (661) 725-4350
Facsimile:  (661) 725-1062

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, FRANCISCO VIERA, ABEL MIRANDA, PASCUALA SAUCEDO, CRISTINO SANTIAGO, LUCIA TORRES, ANTONIO TORRES, TERESA MIRANDA, IRMA CASTANEDA, EZEQUIEL AGUILAR, MARIA TERESA, CARLOS PEDRO, ARTEMIO SANTIAGO, and MARIA DE JESUS<br><br>        Plaintiffs,<br><br>        vs.<br><br>GABRIEL GALLARDO SR., an individual, MANUEL GALLARDO, an individual, SILVIA ESTHER GALLARDO, an individual, KERN COUNTY | Case No.: 1:16-CV-00283-DAD-JLT<br><br>[~~PROPOSED~~] ORDER TO MODIFY SCHEDULE<br><br>(Doc. 25) |

[~~PROPOSED~~] ORDER TO MODIFY SCHEDULE

1  CULTIVATION, INC, a California corporation, AND NAZAR KOONER, an individual.
2  
3              Defendants.

4       For good cause shown and pursuant to the stipulation of the Parties, the
5  deadline to amend pleadings is hereby continued to November 18, 2016.
6  
7  
8  IT IS SO ORDERED.
9       Dated:   **October 20, 2016**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER**

For good cause shown and pursuant to the stipulation of the Parties, the deadline to amend pleadings is hereby continued to November 18, 2016.

[~~PROPOSED~~] ORDER TO MODIFY SCHEDULE