Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Eric S. Trabucco (SBN 295473)
Joseph D. Sutton (SBN 269951)
MALLISON & MARTINEZ
1939 Harrison Street Ste. 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Maureen Keffer (SBN 281095)
Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin St., Suite 103
Oakland, CA 94612
Telephone:  (510) 267-0762
Facsimile:  (510) 267-0763

Michael Meuter (SBN 161554)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Rd.
Salinas, CA
Telephone:  (831) 757-5221
Facsimile:  (831) 757-6212

Sahar Durali (SBN 292793)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
601 High St Suite C
Delano, CA 93215
Telephone: (661) 725-4350
Facsimile:  (661) 725-1062

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, FRANCISCO VIERA, ABEL MIRANDA, PASCUALA SAUCEDO, CRISTINO SANTIAGO, LUCIA TORRES, ANTONIO TORRES, TERESA MIRANDA, IRMA CASTANEDA, EZEQUIEL AGUILAR, MARIA TERESA, CARLOS PEDRO, ARTEMIO SANTIAGO, and MARIA DE JESUS<br><br>       Plaintiffs,<br><br>vs.<br><br>GABRIEL GALLARDO SR., an individual, MANUEL GALLARDO, an individual, SILVIA ESTHER GALLARDO, an individual, KERN COUNTY | Case No.: 1:16-CV-00283-DAD-JLT<br><br>**STIPULATION TO MODIFY SCHEDULE**<br><br>[FRCP 16(b)(4)] |

CULTIVATION, INC, a California corporation, AND NAZAR KOONER, an individual, PAWAN S. KOONER, an individual, HARDEEP KAUR, an individual.

Defendants.

This stipulation is submitted by Plaintiffs Lucaria Tenorio, Francisco Viera, Abel Miranda, Pascuala Saucedo, Cristino Santiago, Lucia Torres, Antonio Torres, Teresa Miranda, Irma Castañeda, Ezequiel Aguilar, Maria Teresa, Carlos Pedro, Artemio Santiago, and Maria de Jesus (hereinafter "Plaintiffs"); Defendants and Cross-Claimant Nazar Kooner, Pawan Kooner, Hardeep Kaur; and Defendants and Cross-Claimants Gabriel Gallardo, Sr., Manuel Gallardo, Silvia Gallardo and Kern County Cultivation, Inc. (hereinafter "the Gallardos"), through their respective counsel of record (collectively "the Parties").

The parties respectfully submit this stipulation to modify the scheduling order to continue the discovery cut-off and the deadlines for non-dispositive motions. The scheduling order has been modified twice for the purpose of extending the deadline to amend pleadings. (*See* Docs. 24 and 26.) On both occasions the modification was sought by stipulation and granted based on a showing of good cause. (*Id.*)

The modification the parties presently seek is based on good cause, pursuant to Rule 16 of the Federal Rules of Civil Procedure. Despite the diligence of the Parties, the current discovery deadline of March 27, 2017 cannot be met. First, two new defendants, Hardeep Kaur and Pawan Kooner, have only recently appeared. Consequently, discovery as to these new defendants has just begun and cannot be completed within the cutoff. Second, discovery as to Defendants Kern County Cultivation, Inc., Gabriel Gallardo, Silvia Gallardo and Manuel Gallardo has been delayed and cannot be

completed within the cutoff due to their counsel's motion to withdraw from representation.

BACKGROUND

Plaintiffs brought a motion for leave to amend the complaint in order to add two new defendants, Pawan S. Kooner and Hardeep Kaur.  On December 19, 2016, the Court granted Plaintiffs' motion and ordered Plaintiffs to file a Second Amended Complaint ('SAC").  (Doc. 33.)  The Court also ordered that, "Upon appearance of the newly served defendants in this action, the assigned Magistrate Judge may consider whether the Scheduling Order…should be modified further." (*Id.* at 3:13-15.)

On March 1, 2017, Defendants Nazar Kooner, Pawan Kooner and Hardeep Kaur filed an answer to the SAC and crossclaim against Defendants Gabriel Gallardo, Sr. and Kern County Cultivation, Inc.  (Doc. 46)  On March 3, 2017, Defendants Gabriel Gallardo, Sr., Manuel Gallardo, Silvia Esther Gallardo and Kern County Cultivation, Inc. filed an answer to the SAC and crossclaimed against Defendants Nazar Kooner, Pawan S. Kooner, Hardeep Kaur and Does 1-20.  (Doc. 47)

On March 8, 2017, Plaintiffs propounded a first set of document requests and interrogatories on Pawan Kooner and Hardeep Kaur.  Discovery responses are due on or about April 10, 2017.  Plaintiffs intend to depose Pawan Kooner and Hardeep Kaur after obtaining responsive documents from them in discovery.

Discovery directed at Pawan Kooner and Hardeep Kaur cannot be completed within the March 27, 2017 deadline.  Similarly, depositions of Kern County Cultivation, Inc., Gabriel Gallardo, Sr., Silvia E. Gallardo and Manuel Gallardo cannot be completed within the present cutoff.

Plaintiffs noticed Kern County Cultivation, Gabriel Gallardo, Silvia

Gallardo and Manuel Gallardo for deposition on March 20, 21, and 22, 2017. The depositions of Gabriel Gallardo and Manuel Gallardo had previously been noticed to take place in November 2016 but, after meeting and conferring, the depositions were taken off calendar in order to permit defendants to prepare a further production of documents, and to accommodate defense counsel's schedule. However, defendants never supplemented their production, and once counsel advised that he would be seeking to withdraw from representation, Plaintiffs were forced to file motions to compel. Defense counsel filed his motion to withdraw and Plaintiffs their motions to compel. (*See* Docs. 38, 39, 41, 42, 43, 44.)

Plaintiffs' motions to compel were set to be heard on March 17, 2017. However, the Court *sua sponte* continued the hearing on Plaintiffs' motions in light of the hearing on defense counsel's motion to withdraw, which was set for April 4, 2017. (Doc. 48) Plaintiffs' motions to compel are now set to be heard on May 17, 2017, and the motion to withdraw is slated to go forward as originally noticed on April 4, 2017.

By minute order dated March 9, 2017, the Court also continued the settlement conference in this case from April 2017 to July 7, 2017, in light of the motion to withdraw. (Doc. 49)

Due to the pending motion to withdraw and the Court's continuance of Plaintiffs' discovery motions, the underlying discovery disputes cannot be resolved and Plaintiffs cannot obtain further documents prior to the present date set for depositions. It has been and continues to be the intention of Plaintiffs to proceed with depositions of Kern County Cultivation, Gabriel Gallardo, Silvia Gallardo and Manuel Gallardo after obtaining documents. However, this will not be possible unless the discovery deadline is continued.

Further, Defendants Kern County Cultivation, Gabriel Gallardo, Silvia

1  Gallardo and Manuel Gallardo have not confirmed that they will appear for
2  deposition the week March 20, 2017.  Plaintiffs are willing to reschedule the
3  depositions to a date after the motion to withdraw is heard and new counsel
4  obtained.  However, this is only viable if the Court continues the discovery
5  deadline.

6      The Parties agree that they have been diligent in seeking discovery and
7  that despite their diligence they will be unable to meet the discovery deadline.
8  For reasons stated above, the Parties believe that the good cause standard of
9  Rule 16(b) is met and respectfully request modification of the Court's
10 scheduling order as follows:

- Non-Expert Discovery: September 29, 2017
- Expert Discovery: November 8, 2017
- Non-Dispositive Motion Deadlines:
    - Filing: October 15, 2017
    - Hearing: November 20, 2017

Dated:  March 14, 2017          MALLISON & MARTINEZ

                                By */s/ Marco Palau*
                                Marco A. Palau
                                *Attorneys for Plaintiffs*

Dated: March 14, 2017           CALIFORNIA RURAL LEGAL
                                      ASSISTANCE

                                By: */s/ Cynthia Rice*
                                Cynthia L. Rice
                                *Attorneys for Plaintiffs*

Dated: March 14, 2017           RUMPH LAW

                                By: */s/ Randy Rumph*

5
STIPULATION TO MODIFY SCHEDULE

1
2
3   Dated: March 14, 2017
4
5
6
7
...
28

                    Randy Rumph
                    *Attorneys for Nazar Kooner*

BELDEN BLAINE RAYTIS, LLP

By: /s /Todd Egland
T. Todd Egland
*Attorneys for Kern County Cultivation, Inc., Gabriel Gallardo, Silvia Gallardo and Manuel Gallardo*

6
STIPULATION TO MODIFY SCHEDULE