**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCARIA TENORIO, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>GABRIEL GALLARDO SR., et al.,<br><br>         Defendants. | Case No.: 1:16-cv-00283 -DAD - JLT<br><br>ORDER GRANTING THE STIPULATION TO AMEND THE CASE SCHEDULE<br><br>(Doc. 50) |

The parties have submitted a stipulation to "modify the scheduling order to continue the discovery cut-off and the deadlines for non-dispositive motions." (Doc. 50 at 2) The parties contend that "[d]espite the diligence of the Parties, the current discovery deadline of March 27, 2017 cannot be met" for the following reasons:

> First, two new defendants, Hardeep Kaur and Pawan Kooner, have only recently appeared. Consequently, discovery as to these new defendants has just begun and cannot be completed within the cutoff. Second, discovery as to Defendants Kern County Cultivation, Inc., Gabriel Gallardo, Silvia Gallardo and Manuel Gallardo has been delayed and cannot be completed within the cutoff due to their counsel's motion to withdraw from representation.

(*Id.* at 2-3) Accordingly, they propose the non-expert discovery deadline be extended to September 29, 2017; the expert discovery deadline be extended to November 8, 2017; and the non-dispositive motion deadline be extended to October 15, 2017. (*Id.* at 5)

Notably, the parties fail to address the fact that the proposed amendments also impact the

dispositive motion deadline, pre-trial conference, and trial dates.  Currently, all dispositive motions are to be filed no later than June 27, 2017, and heard no later than August 15, 2017.  (Doc. 19 at 4, emphasis omitted)  In addition, the pre-trial conference is set for October 30, 2017, with the trial on January 9, 2018.  (*Id.* at 5)  The parties' stipulation fails to acknowledge the impact that the proposed deadlines would have upon the rest of the litigation and fails to account for the need to make expert disclosures in an orderly fashion.  Therefore, the Court **ORDERS**:

1. The stipulation to amend the case schedule is **GRANTED**.  The case schedule is amended as follows:

   a. Non expert discovery **SHALL** be completed no later than **September 29, 2017**;

   b. The parties **SHALL** disclose experts no later than **October 13, 2017** and any rebuttal experts **SHALL** be disclosed no later than **November 3, 2017**.  All expert discovery **SHALL** be completed no later than **December 1, 2017**;

   c. Non-dispositive motions **SHALL** be filed no later than **December 15, 2017** and heard no later than **January 16, 2018**;

   d. Dispositive motions **SHALL** be filed no later than **January 26, 2018** and heard no later than **March 6, 2018**;

   e. The pretrial conference is set on **April 23, 2018** at 3:30 p.m.;

   f. The trial is set on **June 19, 2018** at 1:30 p.m.

2. No other amendments are authorized.[1]

IT IS SO ORDERED.

   Dated:   **March 21, 2017**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] However, the Court will entertain a stipulation to continue the settlement conference if by the time of the July 7, 2017 date, the case is not in a settlement posture.

2