UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, et al., on behalf of themselves and all others similarly situated and in the interest of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GABRIEL GALLARDO SR., an individual; MANUEL GALLARDO, an individual; SILVIA ESTHER GALLARDO, an individual; KERN COUNTY CULTIVATION, INC., a California corporation; and NAZAR KOONER, an individual; PAWAN S. KOONER, d/b/a PAWAN KOONER FARMS; HARDEEP KAUR, an individual,<br><br>Defendants. | No. 1:16-cv-00283-DAD-JLT<br><br>ORDER TO SHOW CAUSE<br><br>(Doc. No. 38) |

On February 24, 2017, attorneys Belden, Blaine, Raytis, LLP ("BBR") filed a motion to withdraw as counsel of record for defendants Gabriel Gallardo, Sr., Manuel Gallardo, Silvia Gallardo, and Kern County Cultivation, Inc. (Doc. No. 38.) Counsel T. Todd England of BBR filed a declaration in support of that motion. (Doc. No. 39.) In this declaration, attorney England states:

> Defendants have instructed BBR to discontinue representation of Defendants and stop all work related to the above captioned case.

1

> Defendants do not respond in a timely manner to important communications made by BBR to them, thus hindering BBR's ability to properly and adequately represent Defendants in the above captioned case.
>
> Defendants have not paid BBR for fees and costs due and owing associated with BBR's representation of them with respect to the above captioned case.
>
> Defendants have informed BBR that they are unable to pay the fees incurred.
>
> BBR notified Defendants that it would be withdrawing as Defendants' counsel in this action.  A copy of this motion is being served by mail and e-mail on Defendants along with a letter informing defendant Kern County Cultivation, Inc., that if this motion is granted, it will be required to obtain new counsel because a corporation may appear in the federal courts only through licensed counsel.

(Doc. No. 39 at 2.)  On April 4, 2017, the same day as the noticed hearing on the motion to withdraw, defendants Gabriel Gallardo, Sr., Manuel Gallardo, Silvia Gallardo, and Kern County Cultivation, Inc. filed a signed declaration stating that they consented to the withdrawal of their counsel of record.  (Doc. No. 54.)  In addition, no opposition to the motion to withdraw was filed.  The motion came before the court for hearing on April 4, 2017.  Defendant's counsel T. Todd England appeared telephonically and plaintiffs' counsel Marco Palau appeared telephonically.  (Doc. No. 55.)  Defendants Gabriel Gallardo, Sr., Manuel Gallardo, Silvia Gallardo, and Kern County Cultivation, Inc., were not present.

At the hearing, attorney England indicated that his clients were actively seeking new counsel but had not yet retained anyone.  Consequently, granting counsel England's motion at this time would leave defendants Gabriel Gallardo, Sr., Manuel Gallardo, and Silvia Gallardo *in propria persona* and potentially would result in defendant Kern County Cultivation, Inc.'s answer being stricken and default judgment against it since the corporation cannot appear without counsel.  *See* E.D. Cal. L. R. 183(a); *Rowland v. Calif. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); *Rojas v. Hawgs Seafood Bar, Inc.*, No. C08-03819, 2009 WL 1255538, at *1 (N.D. Cal. 2009) ("When a corporation fails to retain counsel to represent it in an action, its answer may be stricken and a

default judgment entered against it."). The court is not prepared to proceed in this fashion without hearing directly from these defendants as to their intentions with respect to their representation in this litigation.

Accordingly,

(1) The court continues the hearing on counsel's motion to withdraw as attorney of record to May 2, 2017, at 9:30 AM in Courtroom 5 (DAD) before District Judge Dale A. Drozd;

(2) The court issues an order to show cause requiring defendants Gabriel Gallardo, Sr., Manuel Gallardo, and Silvia Gallardo[1] to either personally appear at the May 2, 2017 hearing or to arrange for telephonic appearance through their counsel of record no later than seventy-two (72) hours before the May 2, 2017 hearing;

(3) If defendants Gabriel Gallardo, Sr., Manuel Gallardo, Silvia Gallardo, and Kern County Cultivation, Inc. retain new counsel and file a substitution of counsel with the court before May 2, 2017, the court will vacate the May 2, 2017 hearing[2]; and

(4) If defendants Gabriel Gallardo, Sr., Manuel Gallardo, Silvia Gallardo, and Kern County Cultivation, Inc. fail to abide by this order, sanctions will be imposed. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 42–46 (1991) (recognizing that it is within the inherent authority of the court to control its docket and require compliance with its orders).

IT IS SO ORDERED.

Dated: **April 4, 2017**

UNITED STATES DISTRICT JUDGE

---

[1] Defendants' April 4, 2017 consent to withdrawal indicates that defendant Silvia Gallardo is the president of defendant Kern County Cultivation, Inc. (Doc. No. 54 at 3.)

[2] This would obviously be in the defendants' best interest in light of the situation outlined in their current counsel's motion to withdraw, their written consent to that withdrawal filed in this action and this order.