# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, et al., | Case No.: 1:16-cv-00283 DAD JLT |
| Plaintiffs, | ORDER TO KERN COUNTY CULTIVATION, INC., TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR ITS FAILURE TO APPEAR THROUGH COUNSEL |
| v. | |
| GABRIEL GALLARDO SR., et al., | |
| Defendants. | |

On May 10, 2017, the Court granted the motion of counsel to withdraw from the representation of Gabriel Gallardo Sr., Manuel Gallardo, Silvia Gallardo and Kern County Cultivation, Inc. in this action. (Doc. 60) At that time, the Court required Kern County Cultivation, Inc. to retain a new attorney because a corporation may not appear without counsel. (Doc. 60 at 6) Nevertheless, this has not occurred. Therefore, the Court **ORDERS**,

1. **No later than July 14, 2017**, the Kern County Cultivation, Inc. **SHALL** show cause why sanctions, up to and including the Court striking its answer and entering default against it, should not be imposed for its failure to appear in this action through counsel and for its failure to complu with the Court orders. Alternatively, within this same deadline, substitute counsel for Kern County Cultivation, Inc. may appear in the action.

///

///

1

**Failure to comply will result in the imposition of sanctions, including striking the defendant's answer and entering default.**

IT IS SO ORDERED.

    Dated:   **June 22, 2017**                              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE