1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   Eric S. Trabucco (SBN 295473)
3  Joseph D. Sutton (SBN 269951)
   MALLISON & MARTINEZ
4  1939 Harrison Street Ste. 730
   Oakland, CA 94612
5  Telephone: (510) 832-9999
   Facsimile: (510) 832-1101
6
   Cynthia L. Rice (SBN 87630)
7  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   1430 Franklin St., Suite 103
8  Oakland, CA 94612
   Telephone:  (510) 267-0762
9  Facsimile:  (510) 267-0763

10 Michael Meuter (SBN 161554)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
11 3 Williams Rd.
   Salinas, CA
12 Telephone:  (831) 757-5221
   Facsimile:  (831) 757-6212
13
   Sahar Durali (SBN 292793)
14 CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   601 High St Suite C
15 Delano, CA 93215
   Telephone:  (661) 725-4350
16 Facsimile:  (661) 725-1062

17 Attorneys for Plaintiffs

18          IN THE UNITED STATES DISTRICT COURT

19            EASTERN DISTRICT OF CALIFORNIA

20 LUCARIA TENORIO, FRANCISCO VIERA,    Case No.:  1:16-CV-00283-DAD-JLT
   ABEL MIRANDA, PASCUALA SAUCEDO,
21 CRISTINO SANTIAGO, LUCIA TORRES,     **STIPULATION TO MODIFY**
   ANTONIO TORRES, TERESA MIRANDA,      **SCHEDULE**
22 IRMA CASTANEDA, EZEQUIEL AGUILAR,
   MARIA TERESA, CARLOS PEDRO,
23 ARTEMIO SANTIAGO, and MARIA DE          [FRCP 16(b)(4)]
   JESUS
24         Plaintiffs,

25
            vs.
26
   GABRIEL GALLARDO SR., an individual,
27 MANUEL GALLARDO, an individual,
   SILVIA ESTHER GALLARDO, an
28 individual, KERN COUNTY
   CULTIVATION, INC, a California

─────────────────────────────────────────────
              STIPULATION TO MODIFY SCHEDULE

1
2

corporation, AND NAZAR KOONER, an
individual, PAWAN S. KOONER, an
individual, HARDEEP KAUR,  an
individual.

3

        Defendants.

4
5
6
7
8
9
10
11
12

     This stipulation is submitted by Plaintiffs Lucaria Tenorio, Francisco Viera, Abel Miranda, Pascuala Saucedo, Cristino Santiago, Lucia Torres, Antonio Torres, Teresa Miranda, Irma Castañeda, Ezequiel Aguilar, Maria Teresa, Carlos Pedro, Artemio Santiago, and Maria de Jesus (hereinafter "Plaintiffs"), and Defendants and Cross-Claimant Nazar Kooner, Pawan Kooner, Hardeep Kaur, through their respective counsel of record; and by Defendants and Cross-Claimants Silvia Gallardo, Gabriel Gallardo, Sr., and Manuel Gallardo (hereinafter "the Gallardos") (collectively "the Parties").

13
14

     The parties respectfully submit this stipulation to continue non-expert discovery and expert disclosures deadlines as follows:

15
16
17
18

|                        | Current   | Proposed  |
|------------------------|-----------|-----------|
| Non-Expert Discovery:  | 9/29/17   | 12/1/17   |
| Expert Disclosures:    | 10/13/17  | 11/3/17   |
| Rebuttal Experts:      | 11/3/17   | 11/17/17  |

19

The requested extension will not affect the trial date or any other case deadline.

20
21
22
23

     This stipulated request is made pursuant to Rule 16 of the Federal Rules of Civil Procedure for good cause.  For the reasons that follow, the current non-expert discovery deadline cannot be met because critical discovery ordered by the Court has not yet been produced.

24
25
26
27
28

     Defendants Silvia Gallardo, Gabriel Gallardo and Manuel Gallardo ("Gallardo Defendants") were ordered by the Court to produce records of aggrieved employees.  The Gallardo Defendants have failed to comply but have indicated their intention to do so, and have recently agreed to produce responsive documents on September 29, 2017.  The documents that the Gallardo

STIPULATION TO MODIFY SCHEDULE

Defendants possess—time and payroll records of Plaintiffs and other current or former aggrieved employees—are critical to the individual and representative claims in this case.  The records at issue are believed to be available only from the Gallardo Defendants, and production of these records is necessary before the Gallardo Defendants are deposed.

It has been and continues to be the intention of Plaintiffs to proceed with depositions of Gabriel Gallardo, Silvia Gallardo and Manuel Gallardo after obtaining employee records in their possession or control.  However, this will not be possible unless the discovery deadline is continued.  These defendants were noticed for deposition in March 2017 but the depositions did not go forward. Their counsel at the time had a motion to withdraw that was pending before the Court, and the Gallardo Defendants were unresponsive to their counsel.  It was clear to Plaintiffs that the Gallardo Defendants would not appear, and under the circumstances, Plaintiffs agreed to take the depositions off calendar to allow the Gallardo Defendants to obtain new counsel, which has been and continues to be their stated intention.  Without a continuance, Plaintiffs will not be able to complete the depositions of the Gallardo Defendants after their document production is completed.

The case schedule has been modified three times, twice to extend the deadline to amend pleadings (*see* Docs. 24 and 26), and once to continue discovery deadlines and the deadline for non-dispositive motions.  (Doc. 51.)  On all occasions modification was sought by stipulation and granted based on a showing of good cause.  (*Id.*)

For reasons stated above, the Parties believe that the good cause standard of Rule 16(b) is met and respectfully request modification of the schedule.

Dated:  September 27, 2017                    MALLISON & MARTINEZ

STIPULATION TO MODIFY SCHEDULE

1

By /s/ Marco Palau
Marco A. Palau
*Attorneys for Plaintiffs*

2

3

Dated: September 27, 2017

CALIFORNIA RURAL LEGAL ASSISTANCE

4

5

By: /s/ Cynthia Rice
Cynthia L. Rice
*Attorneys for Plaintiffs*

6

7

8

Dated: September 27, 2017

RUMPH LAW

9

10

By: _____
Randy Rumph
*Attorneys for Nazar Kooner*

11

12

Dated: September 2_, 2017

SILVIA GALLARDO

13

By: _____
Defendant

14

15

16

Dated: September 2_, 2017

GABRIEL GALLARDO

17

By: _____
Defendant

18

19

Dated: September 2_, 2017

MANUEL GALLARDO

20

By: _____
Defendant

21

22

23

24

25

26

27

28

4
STIPULATION TO MODIFY SCHEDULE