# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, et al., | Case No.: 1:16-cv-00283 -DAD - JLT |
| Plaintiffs, | ORDER GRANTING THE STIPULATION TO AMEND THE CASE SCHEDULE |
| v. | |
| GABRIEL GALLARDO SR., et al., | (Doc. 72) |
| Defendants. | |

The parties have submitted a stipulation to "modify the scheduling order to continue the discovery cut-off and the deadlines for non-dispositive motions." (Doc. 72 at 2) The reason for the request to amend the case schedule is due to the fact that the Gallardos have, until recently, absented themselves from participation in this litigation. Id. However, they have now agreed to participate in discovery and have agreed to produce documents. Id. at 2-3. Plaintiffs also wish to the take the deposition of these defendants and originally noticed the depositions for March 2017 but, due to the Gallardos no longer cooperating with their lawyers, the depositions did not go forward. Id. at 3. The plaintiffs indicate that the documents and depositions are critical to the prosecution of the action. Id. Therefore, the Court **ORDERS**:

1. The stipulation to amend the case schedule is **GRANTED**. The case schedule is amended as follows:

    a. Nonexpert discovery **SHALL** be completed no later than **December 1, 2017**;

1

b. The parties **SHALL** disclose experts no later than **November 3, 2017** and any rebuttal experts **SHALL** be disclosed no later than **November 17, 2017**. All expert discovery **SHALL** be completed no later than **December 1, 2017**;

2. No other amendments are authorized.[1]

IT IS SO ORDERED.

Dated: **October 8, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiffs are encouraged to seek immediate Court intervention if the Gallardos fail to produce the documents as agreed and/or they fail to submit to deposition.