Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Eric S. Trabucco (SBN 295473)
Joseph D. Sutton (SBN 269951)
MALLISON & MARTINEZ
1939 Harrison Street Ste. 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin St., Suite 103
Oakland, CA 94612
Telephone:  (510) 267-0762
Facsimile:  (510) 267-0763

Michael Meuter (SBN 161554)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Rd.
Salinas, CA
Telephone:  (831) 757-5221
Facsimile:  (831) 757-6212

Sahar Durali (SBN 292793)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
601 High St Suite C
Delano, CA 93215
Telephone:  (661) 725-4350
Facsimile:  (661) 725-1062

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, FRANCISCO VIERA, ABEL MIRANDA, PASCUALA SAUCEDO, CRISTINO SANTIAGO, LUCIA TORRES, ANTONIO TORRES, TERESA MIRANDA, IRMA CASTANEDA, EZEQUIEL AGUILAR, MARIA TERESA, CARLOS PEDRO, ARTEMIO SANTIAGO, and MARIA DE JESUS<br><br>            Plaintiffs,<br><br>     vs.<br><br>GABRIEL GALLARDO SR., an individual, MANUEL GALLARDO, an individual, SILVIA ESTHER GALLARDO, an individual, KERN COUNTY CULTIVATION, INC, a California | Case No.: 1:16-CV-00283-DAD-JLT<br><br>**STIPULATION TO MODIFY SCHEDULE**<br><br>[FRCP 16(b)(4)] |

corporation, AND NAZAR KOONER, an individual, PAWAN S. KOONER, an individual, HARDEEP KAUR, an individual.

   Defendants.

This stipulation is submitted by Plaintiffs Lucaria Tenorio, Francisco Viera, Abel Miranda, Pascuala Saucedo, Cristino Santiago, Lucia Torres, Antonio Torres, Teresa Miranda, Irma Castañeda, Ezequiel Aguilar, Maria Teresa, Carlos Pedro, Artemio Santiago, and Maria de Jesus (hereinafter "Plaintiffs"), and Defendants and Cross-Claimant Nazar Kooner, Pawan Kooner, Hardeep Kaur, through their respective counsel of record; and by Defendants and Cross-Claimants Silvia Gallardo, Gabriel Gallardo, Sr., and Manuel Gallardo (hereinafter "the Gallardos") (collectively "the Parties").

The parties respectfully submit this stipulation to continue non-expert discovery and expert disclosures deadlines as follows:

|  | Current | Proposed |
|---|---|---|
| Non-Expert Discovery: | 12/1/17 | 2/1/18 |

The requested extension will not affect the trial date or any other case deadline.

This stipulated request is made pursuant to Rule 16 of the Federal Rules of Civil Procedure for good cause. For the reasons that follow, the current non-expert discovery deadline cannot be met because critical discovery ordered by the Court has still not been produced.

Defendants Silvia Gallardo, Gabriel Gallardo and Manuel Gallardo ("Gallardo Defendants") were ordered by the Court to produce records of other aggrieved employees. The Gallardo Defendants have failed to comply but have repeatedly indicated their intention to do so.

The documents that the Gallardo Defendants possess—time and payroll records of Plaintiffs and other current or former aggrieved employees—are

1  critical to the individual and representative claims in this case.  The records at
2  issue are believed to be available only from the Gallardo Defendants, and
3  production of these records is necessary before the Gallardo Defendants are
4  deposed.

5  It has been and continues to be the intention of Plaintiffs to proceed with
6  depositions of Gabriel Gallardo, Silvia Gallardo and Manuel Gallardo after
7  obtaining employee records in their possession or control.  However, this will not
8  be possible unless the discovery deadline is continued.

9  After the court entered its Order extending the discovery deadline on
10 October 10, 2017 Plaintiffs' counsel made further attempts to obtain the
11 documents from the Gallardo Defendants, without success.  On October 23, 2017
12 Plaintiffs served deposition notices scheduling the depositions of the Gallardo
13 Defendants for November 30, 2017 and December 1, 2017, with the intent of
14 providing the Gallardo Defendants sufficient time to produce the documents so
15 that Plaintiffs' counsel can review them before deposition.  Given the repeated
16 failure to produce those documents, as a precaution Plaintiffs filed a motion for
17 sanctions which was noticed for hearing on November 27, 2017, prior to the
18 deposition dates and discovery cut-off date. (Docs. 78, 79, 80).

19 Because Defendants are unrepresented Plaintiffs served all moving
20 papers by mail and by personal delivery on November 13, 2017. However, the
21 proof of service by mail was filed contemporaneously with the motion (Doc. 81)
22 while the proof of service by personal delivery was not filed until November 14,
23 2017 (Doc. 85).  The motion was timely filed and served for hearing on
24 November 27, 2017 based on service by personal delivery.  However, the court
25 clerk processed the motion based on the certificate of service by mail, the court,
26 therefore considered it untimely based on that service and re-scheduled the
27 motion for hearing on December 1, 2017. (Doc. 83).  As a result, the motion for
28

3
STIPULATION TO MODIFY SCHEDULE

sanctions will be heard after or on the dates set for the Gallardo Defendant depositions.

Plaintiffs believe that the order on the motions for sanctions will either 1) result in the production of the needed documents, or 2) narrow the discovery issues in a manner that will significantly impact the depositions of the Gallardo Defendants.  That can only be accomplished if the discovery cutoff is extended.

Because of the upcoming holidays, trial schedules of counsel, and the difficulty both communicating with and serving the Gallardo Defendants Plaintiffs and counsel for the Plaintiffs and counsel for Nazar Kooner, and Pawan S. Kooner, and Hardeep Kaur agree that the discovery deadline should be extended to February 1, 2018.

The case schedule has been modified four times, twice to extend the deadline to amend pleadings (*see* Docs. 24 and 26), and twice to continue discovery deadlines and the deadline for non-dispositive motions.   (Doc. 51 and 75.)  On all occasions modification was sought by stipulation and granted based on a showing of good cause.  (*Id.*)

For reasons stated above, the Parties believe that the good cause standard of Rule 16(b) is met and hereby stipulate and respectfully request modification of the schedule.

Dated:  November 16, 2017            MALLISON & MARTINEZ

By */s/ Marco Palau*
Marco A. Palau
*Attorneys for Plaintiffs*

Dated: November 16, 2017            CALIFORNIA RURAL LEGAL ASSISTANCE

By:  */s/ Cynthia Rice*
Cynthia L. Rice
*Attorneys for Plaintiffs*

Dated: November 16, 2017                                    RUMPH LAW

By: */s/ Randy Rumph*
Randy Rumph
*Attorneys for Nazar Kooner*