# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, et al., | Case No.: 1:16-cv-00283 - DAD - JLT |
| Plaintiff, | ORDER GRANTING THE STIPULATION TO AMEND THE CASE SCHEDULE |
| v. | |
| GABRIEL GALLARDO SR., et al., | (Doc. 85) |
| Defendant. | |

On November 16, 2017, the parties[1] submitted a stipulation to amend the case schedule, proposing the non-expert discovery deadline be extended from December 1, 2017 to February 1, 2018. (Doc. 85) The reason for the stipulation is that "critical discovery ordered by the Court has still not been produced." (*Id.* at 2)

In the stipulation, the parties note: "Defendants Silvia Gallardo, Gabriel Gallardo and Manuel Gallardo ('Gallardo Defendants') were ordered by the Court to produce records of other aggrieved employees. The Gallardo Defendants have failed to comply but have repeatedly indicated their intention to do so." (Doc. 85 at 2) Plaintiffs have filed motions for sanctions for the failure to

---

[1] The document indicates that it "is submitted by Plaintiffs Lucaria Tenorio, Francisco Viera, Abel Miranda, Pascuala Saucedo, Cristino Santiago, Lucia Torres, Antonio Torres, Teresa Miranda, Irma Castañeda, Ezequiel Aguilar, Maria Teresa, Carlos Pedro, Artemio Santiago, and Maria de Jesus ([the] "Plaintiffs"), and Defendants and Cross-Claimant Nazar Kooner, Pawan Kooner, Hardeep Kaur, through their respective counsel of record; and by Defendants and Cross-Claimants Silvia Gallardo, Gabriel Gallardo, Sr., and Manuel Gallardo." (Doc. 85 at 2) However, the Gallardos did not sign the stipulation, and it is unclear whether they consent to the continued deadline.

1

comply with the Court's orders, which are set for hearing on December 1, 2017—the same date as the current deadline for non-expert discovery. Plaintiffs contend they intend to depose the Gallardo defendants following the receipt of the documents, and they will be unable to do if the discovery deadline is not extended. (*Id.* at 3) Further, "[b]ecause of the upcoming holidays, trial schedules of counsel, and the difficulty both communicating with and serving the Gallardo Defendants," the parties request the deadline be extended to February 1, 2018. (*Id.* at 4)

Good cause appearing, and based upon the stipulation of the parties, the Court **ORDERS**:

1. The parties **SHALL** complete non-expert discovery on or before **February 1, 2018**; and
2. **No further modifications of the schedule are authorized at this time**.

IT IS SO ORDERED.

Dated: **November 20, 2017**   **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE