Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Eric S. Trabucco (SBN 295473)
Joseph D. Sutton (SBN 269951)
MALLISON & MARTINEZ
1939 Harrison Street Ste. 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin St., Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763

(Additional Counsel listed on signature page)
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, FRANCISCO VIERA, ABEL MIRANDA, PASCUALA SAUCEDO, CRISTINO SANTIAGO, LUCIA TORRES, ANTONIO TORRES, TERESA MIRANDA, IRMA CASTANEDA, EZEQUIEL AGUILAR, MARIA TERESA, CARLOS PEDRO, ARTEMIO SANTIAGO, and MARIA DE JESUS<br><br>        Plaintiffs,<br><br>        vs.<br><br>GABRIEL GALLARDO SR., an individual, MANUEL GALLARDO, an individual, SILVIA ESTHER GALLARDO, an individual, KERN COUNTY CULTIVATION, INC, a California corporation, AND NAZAR KOONER, an individual, PAWAN S. KOONER, an individual, HARDEEP KAUR, an individual.<br><br>        Defendants. | Case No.: 1:16-CV-00283-DAD-JLT<br><br>**[~~PROPOSED~~] ORDER MODIFY SCHEDULE**<br><br>(Doc. 95) |

///

//

//

Stipulation To Modify Discovery Cutoff Schedule      CASE NO.: 1:16-CV-00283-DAD-

For good cause shown and pursuant to the stipulation of the Parties, the schedule is modified as follows:

1. Non-Expert Discovery completed by: 3/1/18

IT IS SO ORDERED.

Dated: __**January 25, 2018**__             _____/s/ Jennifer L. Thurston_____
                                                                    UNITED STATES MAGISTRATE JUDGE