UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GABRIEL GALLARDO SR., et al.,<br><br>Defendants. | No. 1:16-cv-0283-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFFS' MOTIONS FOR SANCTIONS, STRIKING THE ANSWERS OF GABRIEL GALLARDO, SR., SILVIA GALLARDO, AND MANUEL GALLARDO, AND ENTERING DEFAULT<br><br>(Doc. Nos. 92, 93, 94) |

On November 30, 2017, the assigned magistrate judge determined that defendants Gabriel Gallardo, Sr., Silvia Gallardo, and Manuel Gallardo have willfully failed to comply with the court's orders regarding discovery in this action. (Doc. Nos. 92, 93, 94.) Therefore, the magistrate judge recommended that plaintiffs' motions for sanctions be granted, the answers of Gabrielle Gallardo, Sr., Silvia Gallardo, and Manuel Gallardo be stricken, and default be entered against them. (Doc. No. 92 at 7; Doc. No. 93 at 7; Doc. No. 94 at 7.) The parties were given fourteen days to file any objections to the findings and recommendations. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the file, the court finds the findings and

recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued November 30, 2017 (Doc. Nos. 92, 93, 94) are adopted in full;
2. Plaintiffs' motions for sanctions (Doc. Nos. 78, 79, 80) are granted;
3. The answers of Gabriel Gallardo, Sr., Silvia Gallardo, and Manuel Gallardo are stricken (Doc. Nos. 47, 52); and
4. The Clerk of the Court is directed to enter default against Gabriel Gallardo, Sr., Silvia Gallardo, and Manuel Gallardo.

IT IS SO ORDERED.

Dated: **February 6, 2018**

UNITED STATES DISTRICT JUDGE