1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   Eric S. Trabucco (SBN 295473)
3  Joseph D. Sutton (SBN 269951)
   MALLISON & MARTINEZ
4  1939 Harrison Street Ste. 730
   Oakland, CA 94612
5  Telephone: (510) 832-9999
   Facsimile: (510) 832-1101
6
7  Cynthia L. Rice (SBN 87630)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
8  1430 Franklin Street, Suite 103
   Oakland, CA 94612
9  Telephone: (510) 267-0762
   Facsimile: (510) 267-0763
10
11 Attorneys for Plaintiffs

12 Additional counsel listed on the signature page

13                IN THE UNITED STATES DISTRICT COURT

14               EASTERN DISTRICT OF CALIFORNIA

15

16 | LUCARIA TENORIO, FRANCISCO VIERA, | Case No.: 1:16-CV-00283-DAD-JLT
   | ABEL MIRANDA, PASCUALA SAUCEDO, |
17 | CRISTINO SANTIAGO, LUCIA TORRES, | **DECLARATION OF MARCO A. PALAU**
   | ANTONIO TORRES, TERESA MIRANDA, | **IN SUPPORT OF MOTION FOR**
18 | IRMA CASTANEDA, EZEQUIEL AGUILAR, | **DEFAULT JUDGMENT AGAINST**
   | MARIA TERESA, CARLOS PEDRO, | **GABRIEL GALLARDO, SILVIA**
19 | ARTEMIO SANTIAGO, and MARIA DE | **GALLARDO, MANUEL GALLARDO**
   | JESUS, | **AND KERN COUNTY CULTIVATION,**
20 |                                  | **INC.**
   |          Plaintiffs,             |
21 |                                  | Date:      June 19, 2018
   | vs.                              | Time:      9:30 a.m.
22 |                                  | Location:  Courtroom 5, 7th Floor
   | GABRIEL GALLARDO SR., an individual, |            2500 Tulare Street
23 | MANUEL GALLARDO, an individual, SILVIA |          Fresno, Ca 93721
   | ESTHER GALLARDO, an individual, KERN |
24 | COUNTY CULTIVATION, INC, a California |
   | corporation, NAZAR KOONER, an individual, |
25 | PAWAN S. KOONER, an individual, and | *U.S. District Judge Dale D. Drozd*
   | HARDEEP KAUR, an individual, |
26 |                                  |
   |          Defendants.             |
27

28

1        I, Marco A. Palau, hereby declare:

2        1.     I am an attorney at law licensed to practice before all courts of the State of California and the Eastern District of California, and am a lawyer at the firm Mallison & Martinez, Attorneys at Law. I am co-counsel for Plaintiffs in the above-entitled case. I am familiar with the above-captioned litigation and the dispute from which it arises. All statements made herein are on personal knowledge unless otherwise stated. If called as a witness, I could competently testify as to matters stated herein.

8        2.     I have spent 147.3 hours working on this case that can be applied to claims against Gabriel Gallardo, Silvia Gallardo, Manuel Gallardo and Kern County Cultivation, Inc. I spent approximately 33 hours in the initial work-up of the case. This included meetings with 14 plaintiffs in the Arvin area, conducting legal research and investigating the claims and bases of liability for the various defendants, and drafting and filing of the complaint. I then spent approximately 102 hours litigating the case, including written discovery, depositions, motions to compel, a motion for sanctions and other litigation. Finally, I have spent approximately 12 hours working on the prove-up and preparing for trial.

16        3.     I have also reviewed the contemporaneous time records maintained by the other attorneys employed by Mallison & Martinez to perform work on this case. The following hours were spent by those attorneys. Hilary P. Hammell, admitted to practice in 2013: 12.2 hours; Joseph D. Sutton: admitted to practice in 2010: 2.5; Eric S. Trabucco, admitted to practice in 2013: 3.5 hours; Stan S. Mallison, admitted to practice in 1996: 3.3 hours. These attorneys worked successively on the case and did not overlap or perform duplicate tasks. This firm's 2018 attorney rates in the context of class action settlements are as follows: Mr. Mallison: $800 (admitted to practice in 1996); my rate $650/hour; Mr. Sutton [admitted to practice in 2010]: $550/hour; Mr. Trabucco & Ms. Hammell [admitted to practice in 2013]: $450/hour. However, for the purposes of this fee motion we are seeking fees at the following rates based on reported cases in the Eastern District of California: Mallison and Palau $600/hour; Sutton, Trabucco, Hammell: $350/hour. Total attorneys' fees requested for this firm are $96,730.

Declaration of Marco A. Palau In Support of Motion for Default Judgment Against Gabriel Gallardo, Silvia Gallardo, Manuel Gallardo and Kern County Cultivation               *Case No.: 1:16-cv-00283*

2

4.      Mallison & Martinez also expended a total of $23,071.27 in costs on this matter including deposition reporting, filing and service fees, and expert services..

5.      Each of the above-mentioned attorneys at Mallison & Martinez is experienced litigating wage-and-hour employment matters, specifically for Spanish-speaking farmworkers such as the Plaintiffs in this case.

6.      The Law Offices of Mallison & Martinez is an employment law firm located in Oakland, California.  This firm was created in 2005 by Stan Mallison and Hector Martinez, attorneys with extensive class action and complex litigation experience.   The firm is nearly exclusively engaged in class action and private attorney general practice in employment law on behalf of employees.  We have six full time attorneys on staff (five of whom are fluent Spanish speakers), and numerous support and professional staff including a translator for Mixteco speaking clients and witnesses.

**Attorneys on the Case**

7.      Stan Mallison, founder and partner of Mallison & Martinez, received his Bachelor of Art degrees in Philosophy and Political Science from the California Polytechnic University at Pomona, California in 1990, graduating magna cum laude and first in both departments. He earned his Masters in Economics from the University of California at Riverside in 1993. He earned his law degree from Stanford University in 1996, graduating with honors. During law school, he interned with the National Labor Relations Board ("NLRB"), both at the Division of Judges in San Francisco as well under the direct supervision of Chairman of the NLRB William B. Gould in Washington D.C. Between 1996 and 1998, he worked in complex labor and employment litigation for the law firm of Van Bourg, Weinberg Roger and Rosenfeld, the largest union-side labor law firm in the country. From 1998 to 2004 he worked for Milberg Weiss Bershad Hynes & Lerach ("Milberg Weiss") and joined Lerach Coughlin Stoia & Robbins ("Lerach Coughlin") when the Milberg firm divided in 2004, working there until February 2005. His work at these firms consisted of class action and private attorney general act work and included work on complex and large cases including: *In Re Enron Securities Litigation* ($7.2 Billion settlement); *Mariana Island Garment-Worker Cases* (a $20

Declaration of Marco A. Palau In Support of Motion for Default Judgment Against Gabriel Gallardo, Silvia Gallardo, Manuel Gallardo and Kern County Cultivation       *Case No.: 1:16-cv-00283*

3

million wage and hour settlement on behalf of 20,000 migrant workers on the island of Saipan); *In Re 3Com Securities Class Action* ($259 million settlement), a Federal Court challenge to the sufficiency of Federal Department of Transportation's NAFTA Truck safety regulations; *In re Pemstar Securities* (settlement of $12 million); *In re Block v. eBay* (settlement of $2.1 million); a Federal Court challenge to Presidential Executive Order re: Project Labor Agreements, and dozens of other cases.

8.     Marco Palau received his law degree from Columbia University in 2005. He is admitted to practice law in California and New York. Since graduating from law school he has exclusively represented low-wage workers in employment litigation, focusing on Spanish-speaking workers and representative actions. During law school Mr. Palau served as an Editor for the Columbia Human Rights Law Review and Co-Managing Editor for the Jailhouse Lawyer's Manual (Spanish ed.).  He earned MBA and BS degrees from California State University in 1999 and 1997, respectively.  Prior to joining Mallison & Martinez, Mr. Palau was a staff attorney with California Rural Legal Assistance ("CRLA"), where he represented indigent workers.  Mr. Palau is currently litigating dozens of class actions and employment discrimination cases as an experienced lawyer at Mallison & Martinez. Mr. Palau was named "Rising Star" in Northern California by Super Lawyers Magazine from 2011 to 2016.

9.     Joseph Sutton is a mid-level associate at Mallison & Martinez and is admitted to practice before the California State Courts and the United States District Courts for the Northern, Central and Eastern Districts of California. Mr. Sutton graduated from the University of San Francisco School of Law, where he was a member of USF's Traynor Appellate Advocacy and ABA Labor and Employment Trial teams. He earned a B.A. from Hanover College in Anthropology and a M.A. in Latin American Studies from the University of California, Berkeley. Prior to joining Mallison & Martinez in 2011, Mr. Sutton practiced at Liberation Law Group, P.C. in San Francisco, where he represented clients at all stages of litigation, including trial and mediation. Mr. Sutton's practice is focused on employment litigation, including wage and hour, sexual harassment and discrimination matters.

10.     Eric Trabucco is an associate at Mallison & Martinez and is admitted to practice before the Northern and Eastern Districts of California and the California State Courts.  Mr. Trabucco earned his B.A. in Political Science and Spanish from the University of California, Berkeley.  Mr. Trabucco earned his J.D. from the University of California, Berkeley School of Law (Boalt Hall).  Prior to joining Mallison & Martinez, Mr. Trabucco worked at Locker Folberg, LLP with Miles Locker, the former head of the legal department of the California Labor Commissioners' office.  Mr. Trabucco also served as a Fellow at the Legal Aid Society-Employment Law Center in the Wage and Hour Enforcement Litigation Program.  Mr. Trabucco's practice is focused on employment litigation, including wage and hour class actions, as well as individual sexual harassment and discrimination matters.

11.     Hilary Hammell is an associate at Mallison & Martinez and is admitted to practice before the Northern and Eastern Districts of California and the California State Courts.  She received her B.A. from Yale in 2004 and her J.D. with high honors, Order of the Coif, from the University of Washington in 2012, which she attended on a full scholarship as a Gates Public Service Law Scholar.  During law school she interned with Northwest Justice Project in Yakima, Washington and the U.S. Equal Employment Opportunity Commission, focusing on federal litigation on behalf of farmworkers. After graduating from law school she served as a law clerk to the Honorable Stephanie K. Seymour on the United States Court of Appeals for the Tenth Circuit. Following her clerkship she was awarded a Skadden Fellowship and practiced impact litigation on behalf of low-income families with Public Advocates, a non-profit in San Francisco. Prior to joining Mallison & Martinez in 2017 she provided direct legal services to low-income clients at Open Door Legal, a non-profit legal aid organization in Bayview/Hunters Point, the most historically marginalized neighborhood in San Francisco. She is experienced representing low-wage, Spanish-speaking clients in all phases of civil litigation.

1        I declare under penalty of perjury under the laws of the State of California that the foregoing

2  is true and correct. Executed this 8th day of May, 2018 in Oakland, California.

3

4                      By:   _/s/ Marco A. Palau_____

Declaration of Marco A. Palau In Support of Motion for Default Judgment Against Gabriel Gallardo, Silvia Gallardo, Manuel Gallardo and Kern County Cultivation      *Case No.: 1:16-cv-00283*

6