Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Liliana Garcia (SBN 311396)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin Street, Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, FRANCISCO VIERA, ABEL MIRANDA, PASCUALA SAUCEDO, CRISTINO SANTIAGO, LUCIA TORRES, ANTONIO TORRES, TERESA MIRANDA, IRMA CASTANEDA, EZEQUIEL AGUILAR, MARIA TERESA, CARLOS PEDRO, ARTEMIO SANTIAGO, and MARIA DE JESUS,<br><br>        Plaintiffs,<br><br>vs.<br><br>GABRIEL GALLARDO SR., an individual, MANUEL GALLARDO, an individual, SILVIA ESTHER GALLARDO, an individual, KERN COUNTY CULTIVATION, INC, a California corporation, NAZAR KOONER, an individual, PAWAN S. KOONER, an individual, and HARDEEP KAUR, an individual,<br><br>        Defendants. | Case No.: 1:16-CV-00283-DAD-JLT<br><br>**PLAINTIFFS' COUNSEL MALLISON & MARTINEZ'S REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br><br>*U.S. District Judge Dale A. Drozd* |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD**:

On January 28, 2019, this Court granted, in part, Plaintiffs' Motion for Default Judgment against Defendants Gabriel Gallardo, Silvia Esther Gallardo, Manual Gallardo, and Kern County Cultivation, Inc. At the hearing on Plaintiff's motion on June 19, 2018, Plaintiffs' counsel agreed to submit supplemental briefing on the issue of attorneys' fees. Accordingly, this Court ordered Plaintiffs to file a Motion for Attorneys' Fees and Costs within thirty days of service of the January 25, 2019 Order. (Doc. No. 114.)

Plaintiffs' Counsel California Rural Legal Assistance, Inc. is prepared to file their Motion for Attorneys' Fees and Costs within the thirty-day period authorized by the Court. Plaintiffs' Counsel Mallison & Martinez is requesting additional time to prepare and submit their Motion on the same matter. The attorneys previously assigned to this matter are no longer associates at Mallison & Martinez. The Mallison & Martinez attorneys currently assigned to the case (Stan Mallison, Hector Martinez, and Liliana Garcia) are in the process of obtaining complete timekeeping records from the former associates. This information is critical to their Motion for Attorneys' Fees and Costs.

As such, Plaintiffs' Counsel Mallison & Martinez respectfully requests an extension of time to file their Motion for Attorneys' Fees and Costs. Counsel plans to file their Motion no later than Friday, March 8, 2019.

Respectfully submitted,

Dated: February 26, 2019                           **MALLISON & MARTINEZ**

By: /s/ Liliana Garcia

Stan S. Mallison
Hector R. Martinez
Liliana Garcia

Attorneys for Plaintiffs