# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCARIA TENORIO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GABRIEL GALLARDO SR., et al.,<br><br>  Defendants. | Case No.: 1:16-cv-00283 DAD JLT<br><br>ORDER REQUIRING FILING OF THE MOTION FOR APPROVAL OF THE SETTLEMENT BY MAY 17, 2019 |

The parties report they had come to terms of settlement. (Doc. 127) They indicate they will seek a motion approving the settlement of the action soon. Id. at 2. Thus, the Court **ORDERS**:

1. The motion for approval of the settlement **SHALL** be filed **no later than May 17, 2019;**
2. All pending dates, conferences and hearings **except the motion for attorneys' fees** are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **April 12, 2019**         **/s/ Jennifer L. Thurston**
                            UNITED STATES MAGISTRATE JUDGE